IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

### Abingdon Division

BRANDON BLEVINS,

    Plaintiff

v.                               Case No. 1:19-CV-00010

TRAVIS HAYTON,

    Defendant

### STIPULATION OF VOLUNTARY DISMISSAL

Come now the parties, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and stipulate that, upon motion of the Plaintiff for voluntary dismissal, that this action shall be, and hereby is, DISMISSED, without prejudice.

Stipulated this 18th day of November, 2019.

                                      BRANDON BLEVINS

BY COUNSEL      <u>Michael A. Bragg   /s/</u>
                                      Michael A. Bragg (VSB No. 16797)
                                      Bragg Law
                                      P. O. Box 1866
                                      Abingdon, Virginia 24212
                                      276-628-9160

                                        TRAVIS HAYTON

BY COUNSEL:     <u> /s/ Julian F. Harf</u>
                                      Julian F. Harf (VSB #90775)
                                      Guynn, Waddell, Carroll & Lockaby, P.C.
                                      415 S. College Avenue
                                      Salem, Virginia 24153
                                      Phone: 540-387-2320
                                      *Attorney for Defendant*